**KAREN M. VICKERS,** OSB No. 913810
kvickers@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

Of Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **M. J. BURNETT**, <br><br> Plaintiff, <br><br> v. <br><br> **NORTHWEST CHRISTIAN UNIVERSITY**, <br><br> Defendant. | Case No. 6:18-cv-01761-AA <br><br> JOINT ALTERNATE DISPUTE RESOLUTION REPORT |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit.  This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?   ☐ Yes    ☑ No

If not, provide an explanation:

2. The parties propose: (*check one of the following*)

   ☐  (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

PAGE 1 -   JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

☐ (b) That the court refer this case to mediation using a Court-sponsored mediator or staff mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

☑ (c) ADR may be helpful at a later date following completion of: Discovery and dispositive motions.

☐ (d) The parties believe the court would be of assistance in preparing for ADR by:

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f) Other: _____

DATED: March 4, 2019.

         MERSEREAU SHANNON LLP

         *s/ Karen M. Vickers*
         **KAREN M. VICKERS,** OSB No. 913810
         kvickers@mershanlaw.com
         **BETH F. PLASS,** OSB No. 122031
         bplass@mershanlaw.com
         503.226.6400
           Of Attorneys for Defendant